UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL JOSEPH PIERCE,

        Plaintiff,                          Case No. 1:13-cv-667

v.                                          Honorable Robert Holmes Bell

COUNTY OF KENT et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the Order issued this date:

IT IS ORDERED that the captioned case be and hereby is **DISMISSED** without prejudice for lack of prosecution.


Dated: <u>September 10, 2013</u>                        /s/ Robert Holmes Bell
                                                          ROBERT HOLMES BELL
                                                          UNITED STATES DISTRICT JUDGE